UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------X

James T. Tucker,

                                Plaintiff,

        -against-

Weeks Marine, Inc., et al.,

                                Defendants.

------------------------------------------------------------------X

7:22-CV-7829 (VR)

**ORDER**

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 9/5/2023

**VICTORIA REZNIK, United States Magistrate Judge:**

    The parties are directed to file a joint letter by no later than **September 12, 2023**, providing the Court with an update on the status of the case.

    **SO ORDERED.**

DATED:    White Plains, New York
                September 5, 2023

_____
VICTORIA REZNIK
United States Magistrate Judge