UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------X
James T. Tucker,

                              Plaintiff,                        7:22-cv-7829 (VR)

     -against-                                  **ORDER**

Weeks Marine, Inc., et al.,

                              Defendants.
------------------------------------------------------------------X

**VICTORIA REZNIK, United States Magistrate Judge:**

       The Court having been advised that all claims asserted in the above entitled action are settled, it is hereby **ORDERED** that the above entitled action be discontinued, without costs to any party, subject to reopening should the settlement not be concluded within sixty (60) days of the date hereof.

       **SO ORDERED.**

DATED:    White Plains, New York
                September 13, 2023

                                                                    _____
                                                                    VICTORIA REZNIK
                                                                    United States Magistrate Judge